**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAIMER ADONYS AVILA ZELAYA, | ) | CASE NO. 4:26-cv-01073 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY GREENE, *et al.*, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

On May 7, 2026, Petitioner Jaimer Adonys Avila Zelaya filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the lawfulness of Petitioner's current detention without a bond hearing ("Petition").  (ECF No. 1).  The Court has reviewed the Petition and, pursuant to 28 U.S.C. § 2243 and for good cause shown, **ORDERS** as follows:

1.  The Clerk of Court shall forward a copy of the Petition, together with this Order, to all Respondents and to the Office of the United States Attorney, Northern District of Ohio;

2.  Respondents shall respond to the Petition by May 22, 2026;

3.  Petitioner shall file any reply in support of the Petition by May 29, 2026;

4.  The Court will schedule a hearing, if necessary, after the parties have filed their submissions; and

5.   Petitioner shall remain in the Northern District of Ohio and shall not be transferred outside of this jurisdiction during the pendency of this matter.

**IT IS SO ORDERED.**

Date: May 15, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**